UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KARL WILLIAM EGNER,**

    Plaintiff,

v.                                      Case No.  3:09-cv-1195-J-32JRK

**JOHN H. RUTHERFORD, et al.,**

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff, Karl William Egner, and Defendants, John H. Rutherford, Tara Wildes, Gordon Bass, Don Redmond and Wesley Crews ("Defendants"), hereby stipulate that the above-captioned matter has been settled, and that Defendants shall be dismissed from the lawsuit with prejudice, with each party to bear their own respective costs and attorneys' fees.

Dated:  November 17, 2011.

| **OFFICE OF GENERAL COUNSEL** | **HOLLAND & KNIGHT LLP** |
|---|---|
| */s/William B. Burkett*_____ | */s/Renée J. Maxey*____ |
| William B. Burkett | Michael A. Abel |
| Florida Bar No.:  173282 | Florida Bar No.:  75078 |
| WBurkett@coj.net | Michael.Abel@hklaw.com |
| Gabriella Young | Renée J. Maxey |
| Florida Bar No.:  183709 | Florida Bar No.:  60377 |
| GCYoung@coj.net | Renee.Maxey@hklaw.com |
| 117 West Duval Street, Suite 480 | 50 North Laura Street, Suite 3900 |
| Jacksonville, Florida 32202 | Jacksonville, Florida  32202 |
| Telephone:  (904) 630-1700 | Telephone:  (904) 353-2000 |
| Facsimile:  (904) 630-1316 | Facsimile:  (904) 358-1872 |
| *Counsel for Defendants* | *Attorneys for Plaintiff* |
| | *Karl William Egner* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following attorneys of record:

William B. Burkett, Esquire
Gabriella Young, Esquire
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 630-1700
Facsimile: (904) 630-1316
Counsel for Defendants

                                                                                             */s/Renée J. Maxey*
                                                                                             Attorney

#10760601_v1